J. Adam Tate /Bar No. 029084
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Direct Phone: (602) 532-5795
Direct Fax: (602) 230-5054
adam.tate@sanderparks.com

Attorneys for Plaintiff State Farm Fire & Casualty Company

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Fire & Casualty Company, | Case No.: |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Premier Risk Management, LLC, an Arizona limited liability company; Kristina Escarcega, spouse of Decedent Celestino Escarcega, on behalf of all wrongful death beneficiaries of Celestino Escarcega; and Filipe Bento Do O, a single man; | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Plaintiff, State Farm Fire & Casualty Company, in compliance with the provisions of:

  X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

____ No such corporation.

_X_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

State Farm Mutual Automobile Insurance Company – Relationship: Parent company.

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

State Farm Mutual Automobile Insurance Company – Relationship: Parent company.

____ Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 12th day of March, 2024.

**SANDERS & PARKS, P.C.**

By _____
J. Adam Tate
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Attorneys for Plaintiff State Farm Fire & Casualty Company